IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TISDALE, | No. C07-80051 MJJ |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN LOGISTICS SERVICES AND ABDUL RAHMAN AL-GHANIM, | |
| Respondents. | |

On February 13, 2007, Petitioner John Tisdale ("Petitioner") filed a Petition for Entry of Judgment in Accordance with Declaration of Default Pursuant to 33 U.S.C. § 918(a). (Docket No. 1.) Petitioner filed this action seeking to enforce a Decision and Order of the Administrative Law Judge ("Decision"). On November 20, 2007, Respondents American Logistics Services and Abdul Rahman Al Ghanim (collectively, "Respondents") submitted a Notice of Decision and Request for Denial of Petition ("Notice"). (Docket No. 14.) Respondents assert that Petitioner's action is now moot because, on appeal, the Benefits Review Board vacated the Decision and remanded the matter for a new evidentiary hearing. (*See* Docket No. 12.) Petitioner filed a Motion for Reconsideration of the Benefits Review Board's Order, and the Board denied Petitioner's Motion. (*See* Notice, Exh. 1.) Respondents contend that Petitioner requested that the Board immediately return the record to the Administrative Law Judge for further proceedings, thus showing that Petitioner does not intend to appeal the Benefits Review Board's decision vacating the Decision. Petitioners assert, therefore, that there is nothing to enforce and this action is now moot.

For the foregoing reasons, the Court **ORDERS** Plaintiff to show cause, in writing, as to why this action is not moot. Failure to respond to this order, within 30 days, may result in the termination of this action.

**IT IS SO ORDERED.**

Dated: December 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE