| | |
|---|---|
| **CORY A. BIRNBERG, ESQ. (SBN 105468)** | |
| **BIRNBERG & ASSOCIATES** | |
| 703 Market Street, Suite 600 | |
| San Francisco, CA 94103 | |
| Telephone: (415) 398-1040 | |
| Facsimile: (415) 398-2001 | |
| | |
| **JOSHUA T. GILLELAN II** | **JAY LAWRENCE FRIEDHEIM** |
| Longshore Claimants' National Law Center | Admiralty Advocates® |
| Georgetown Place, Suite 500 | 820 Mililani Street, Suite 503 |
| 1101 30th Street, N.W. | Honolulu, Hawaii, 96813 |
| Washington, DC 20007 | Telephone: (808) 545-5454 |
| Telephone: (202) 625-8331 | Facsimile: (808) 528-1818 |
| Facsimile: (202) 787-1920 | |

Attorneys for Petitioner, JOHN TISDALE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TISDALE, | Case No. 07-80051-MJJ |
| Claimant, Petitioner | |
| v. | [proposed] ORDER GRANTING CLAIMANT-PETITIONER JOHN TISDALE'S MOTION TO ALTER OR AMEND JUDGMENT **AND JUDGMENT** |
| AMERICAN LOGISTICS SERVICES, ABDUL RAHMAN AL-GHANIM, GEORGE H. LEE | |
| Respondents | |
| _____ | |

This motion came on for regular hearing on (date) at (time) in Courtroom (X), before the Honorable (US District Judge). Petitioner-Claimant was represented by Cory A. Birnberg of Birnberg & Associates. Respondents AMERICAN LOGISTICS SERVICES, ABDUL RAHMAN AL-GHANIM were represented by Daniel Johnson, Esq. of Fulbright & Jaworski. Respondent George H. Lee appeared *pro se.*

ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT        Case No. 07-80051-MJJ
-1-

1  Based on all the moving papers, the opposition, the reply, and the entire file in this

2  matter, the Court hereby GRANTS Claimant-Petitioner's motion. The order entered April 4,

3  2008 is hereby amended. Page six, lines 5-8 of the conclusion which reads:

4

5  For the foregoing reasons, the Court GRANTS the Petition. Specifically, the Court orders Petitioner to comply with the February 7, 2007 Supplementary Order, attached as Exhibit A to the Petition, in this matter. The Clerk is directed to enter judgment in favor of Petitioner and close the file. 6:5-8.

6

7  Is hereby amended to read as follows:

8  For the foregoing reasons, the Court GRANTS the Petition. Specifically, the Court orders Respondents to comply with the February 7, 2007 Supplementary Order, attached as Exhibit A to the Petition, in this matter. The Clerk is directed to enter judgment in favor of Petitioner in the amount of $166,418.40 plus such additional sums as accrue after April 7, 2008, until paid, and reasonable attorneys fees in an amount to be determined. Petitioner ~~shall file~~ *may* and serve a regularly noticed motion for fees that complies with Local Rule 7 within 30 days of entry of this order. Once the fee motion has been heard, the clerk shall close the file.

9

10

11

12

13  No amended order shall be necessary or shall issue.

14  **IT IS SO ORDERED.** AND ADJUDGED:

15  May 6, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001